## Board, Appellant, *v.* Bell Telephone Company.

Ar-

gued September 19, 1967. *James P. Coho,* for appellant; *John B. Hannum,* with him *Bernard J. Myers, Jr.,* and *Pepper, Hamilton & Scheetz,* for appellees.

Order affirmed.